165 So.2d 128

**Dewey PATE**

**v.**

**STATE of Alabama.**

7 Div. 651.

Supreme Court of Alabama.

May 28, 1964.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for petitioner.

L. Clyde Traylor, Fort Payne, opposed.

HARWOOD, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Pate v. State, 165 So.2d 127.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

160 So.2d 902

**James S. PHIFER**

**v.**

**CITY OF BIRMINGHAM.**

6 Div. 69.

Supreme Court of Alabama.

Feb. 13, 1964.

J. M. Breckenridge and Wm. C. Walker, Birmingham, for petitioner.

Orzell Billingsley, Jr., and Peter A. Hall, Birmingham, opposed.

COLEMAN, Justice.

Petition of the City of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision in Phifer v. State, 160 So.2d 898.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.